# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2015

### NO. 03-15-00335-CV

**Herbert Rolnick, Appellant**

**v.**

**Sight's My Line, Inc., a Florida Corporation; Stewart Lantz; Riggs, Aleshire & Ray; Blazier, Christensen, Bigelow & Vir, P.C.; and Adams & Graham, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on May 14, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order denying appellant's special appearance, and renders judgment dismissing the claims against appellant for want of personal jurisdiction. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.